AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rakoff, Jed S. | 2. Court or Organization<br><br>U.S. District Court, S.D.N.Y. | 3. Date of Report<br><br>05/30/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (senior) | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1340 U.S. Courthouse
500 Pearl Street
New York, NY 10007

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor of law | Columbia University Law School |
| 2. | Lecturer in law | University of Alabama Law School |
| 3. | Lecturer in law | Berkeley Law School, University of California |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Adjunct Professor, Columbia Law School | $100,000.00 |
| 2. | 2018 | Royalties from ALM Media, LLC | $7,502.00 |
| 3. | 2018 | Royalties from Matthew Bender & Co., Inc. | $52,362.00 |
| 4. | 2018 | Teaching at University of Alabama Law School | $1,000.00 |
| 5. | 2018 | Teaching at Berkeley Law School, University of California | $10,510.00 |
| 6. | 2018 | Author income from NYRev, Inc. | $8,300.00 |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oxford University | January 8-21 | Oxford, UK | Speaker at conferences | Transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/30/2019 |

| | | | | |
|---|---|---|---|---|
| 2. University of Pennsylvaniia Law School | February 12-13 | Philadelphia, PA | Speakerr at cionference | Transportation, lodging, food |
| 3. American Association for the Advancement of Science | February 15-19 | Austin, TX | Speaker at conference | Transportation, lodging, food |
| 4. Harvard Law School | February 22 | Cambridge, MA | Speaker at conference | Transportation, food |
| 5. Vanderbilt Law School | March 1-3 | Nashville, TN | Speaker at conference | Transportation, lodging, food |
| 6. Fordham Law School | April 25-29 | Dublin, Ireland | Speaker at conference | Transportation, lodging, food |
| 7. University of Zurich | August 18-27 | Zurich, Switzerland | Speaker at conferencess | Transportation, lodging, food |
| 8. Loyola Chicago Law School | September 13-15 | Chicago, IL | Speaker at conference | Transportation, lodging, food |
| 9. Univesity of Akabana Law School | October 7-8 | Tuscaloosa, AL | Speaker at conference | Transportation, lodging, food |
| 10. Unicweairy od Minnesota Law School | October 11-13 | Minneappolis, MN | Speaker at conference | Transportation, lodging, food |
| 11. Cornell Law School | Ocxober 21-22 | Ithaca, NY | Speaker at conference | Transportation,lodging. food |
| 12. American Assolciation for the Advancement of Scinece | October 28-29 | New Haven, CT | Speaker at conference | Transportation, lodging , food |
| 13. Harvard Law School | October 30 | Cambridge, MA | Speaker at conference | Transportation, food |
| 14. Cato Instittue | November 2 | Washington, DC | Speaker at conference | Transportation, food |
| 15. FGV Law School | November 26-December 1 | Rio de Jenairo, Brazil | Sp;eaker at conferences | Transportation, lodging, food |
| 16. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rakoff, Jed S.** | 05/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

✔ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jed S. Rakoff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544